Cir.1983) (internal quotation marks and citation omitted). The motion for leave to proceed IFP on appeal is denied, and the appeal is dismissed as frivolous. *See Baugh,* 117 F.3d at 202 & n. 24; 5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.

Steven RUSHING, Plaintiff–Appellant

v.

BOARD OF SUPERVISORS OF the UNIVERSITY OF LOUISIANA SYS-TEMS, Southeastern Louisiana University; John Crain, Provost & Vice President for Academic Affairs at Southeastern Louisiana University; Hunter Alessi; Dr. Tammy Bourg; Dr. David Evenson; Jimmy Long; Elsie Burkhalter; Michael Woods; Paul Aucoin; Victor Bussie; Renee Lapeyrolerie; Russell Mosely; Wayne Parker; Winfred Sibile; Eunice Smith; Olinda Ricard; Connie Rougeou; Andrew Coudrain; Dr. Mildred Gallot; Robert Hale; Jeff Jenkins; Laverne Simoneaux; Charles C. Teamer, Sr.; Donald T. Bollinger, also known as Boysie Bollinger, Defendants–Appellees.

No. 12–30564.

United States Court of Appeals,
Fifth Circuit.

March 12, 2013.

Dan Michael Scheuermann, Esq., Law Offices of Dan M. Scheuermann, Baton Rouge, LA, for Plaintiff–Appellant.

Linda Law Clark, Esq., Winston G. Decuir, Jr., Esq., Decuir, Clark & Adams, L.L.P., Baton Rouge, LA, Glen Ray Galbraith, Amy Lawler Gonzales, Thomas Jay Seale, III, Seale & Ross, A.P.L.C., Hammond, LA, for Defendants–Appellees.

Before DAVIS, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

PREMIUM PLASTICS,
Plaintiff–Appellant

v.

SEATTLE SPECIALTY INSURANCE SERVICES, INC.; Great American Assurance Company, Defendants–Appellees.

No. 12–20285.

United States Court of Appeals,
Fifth Circuit.

March 14, 2013.

Eric Julian Mayer, Ryan Vincent Caughey, Esq., Susman Godfrey, L.L.P., Houston, TX, for Plaintiff–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.